UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

JILL ADLER,

      Plaintiff,

v.

      Case No. 2:21-cv-00141-DPB

ALL HOURS PLUMBING DRAIN
CLEANING 24-7-365, LLC,

      Defendant.
_____/

## MEDIATION REPORT

In accordance with the parties' Notice of Mediation [DE 31], a ZOOM electronic mediation was conducted on Friday, February 11, 2022, at 1:30 p.m., where the parties conducted mediation settlement discussions. Plaintiff, JILL ADLER, attended with lead trial counsel. Defendant, ALL HOURS PLUMBING DRAIN CLEANING 24-7-365, LLC, attended with the corporate representative and lead trial counsel. All parties participated in good faith.

The parties have reached an IMPASSE at this time.

Done February 11, 2022, in Tampa, Florida.

Respectfully submitted,

*/s/ Gregory P. Holder*
Gregory P. Holder, Esq., Mediator
Florida Bar No. 39326
607 W. Horatio Street
Tampa, Florida 33606
Telephone: (813) 773-5106
Facsimile: (727) 498-8902
Email: greg@zinoberdiana.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that February 11, 2022, I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

*/s/ Gregory P. Holder*
Gregory P. Holder, Esq., Mediator