# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| JILL ADLER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALL HOURS PLUMBING DRAIN CLEANING 25-7-365,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-00141<br><br><br>JUDGMENT<br><br><br>Magistrate Judge Dustin B. Pead |

Pursuant to the Court's Approval of Class Action Settlement,[1] this case is now closed.

DATED: January 26, 2024.

BY THE COURT:

_____
DUSTIN B. PEAD
United States Magistrate Judge

---

[1] ECF No. 109; ECF No. 113.